# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CRIMINAL NO.  1:05CR249-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **COREY WILLIAM JONES** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's motion to suppress and request for an evidentiary hearing and the Government's response thereto.

Because the issues contained in the motion will be addressed during the trial,

**IT IS, THEREFORE, ORDERED** that a hearing and ruling on the Defendant's motion to suppress is hereby **DEFERRED** until trial.

**Signed: December 28, 2005**

Lacy H. Thornburg
United States District Judge